# APPENDIX 4

# Filed Under Seal