# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WARNER VALLEY FARM, LLC

      Plaintiff,

vs.                                    No. 4:21-CV-01079

                                           Chief Judge Brann

SWN PRODUCTION COMPANY, LLC,

      Defendant.

## ORDER GRANTING PERMISSION TO FILE A BRIEF AS AMICUS CURIAE

AND NOW, this ____ day of _____, 2022, upon consideration of the Motion of the Marcellus Shale Coalition and the brief filed in support thereof it is

**ORDERED** that:

1. The Motion is granted.  The Marcellus Shale Coalition may file a brief as *amicus curiae* regarding the legal issues set forth in Count III of the complaint.

2. The brief attached as Exhibit A to the Motion is accepted for filing and shall become part of the record.

BY THE COURT:

_____

Matthew W. Brann Chief United States District Judge