# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WARNER VALLEY FARM, LLC

    Plaintiff,

v.   No. 4:21-CV-01079

    Chief Judge Brann

SWN PRODUCTION COMPANY, LLC,

    Defendant.

## ORDER

**AND NOW**, this 18th day of August 2022, upon consideration of the Motion of the Marcellus Shale Coalition and the brief filed in support thereof **IT IS HEREBY ORDERED** that:

1. The Motion is granted. The Marcellus Shale Coalition may file a brief as *amicus curiae* regarding the legal issues set forth in Count III of the complaint.

2. The Marcellus Shale Coalition shall file the brief that is attached as Exhibit A to the above-referenced Motion via ECF as a separate docket entry.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States Distrist Judge