IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Warner Valley Farm, LLC, <br><br> **Plaintiff(s),** <br><br> v. <br><br> SWN Production Company, LLC, and Repsol Oil & Gas USA, LLC, <br><br> **Defendant(s)/ Third-Party Plaintiff(s),** <br><br> v. <br><br> _____, <br><br> **Third-Party Defendant(s).** | Civil Action No. 4:21-cv-01079 |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, <u>Intervenor-Defendant</u>,
(type of party)
who is <u>Repsol Oil & Gas USA, LLC</u>, makes the following disclosure:
(name of party)

1. Is the party a non-governmental corporate party?

    ☑ YES     ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

Repsol USA Holdings, LLC, and Repsol E&P USA Holdings Inc. are the sole members of Repsol Oil & Gas USA, LLC. Repsol Oil and Gas Holdings USA, Inc., is the sole member of Repsol USA Holdings, LLC.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

None.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Joseph V. Schaeffer
Signature of Counsel for Party

Date: August 19, 2022