# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARNER VALLEY FARM, LLC, | No. 4:21-CV-01079 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SWN PRODUCTION COMPANY, LLC, | |
| Defendant, | |
| and | |
| REPSOL OIL & GAS USA, LLC, | |
| Intervenor-Defendant | |

## ORDER

### MARCH 1, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff Warner Valley Farm, LLC's motion for reconsideration, Doc. 70, is **DENIED**. A new case management order will be issued by separate order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge